IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEOFFREY POLK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 25-924-CFC |
| LISA A. DOLPH, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

At Wilmington, this 20 day of October 2025, having reviewed *pro se* Plaintiff Geoffrey Polk's *pro se* motion for authorization to participate in the CM/ECF system for this case (D.I. 3), Defendants Lisa A. Dolph and Patricia Bartley Schwartz's motion to dismiss the original complaint (D.I. 7), Plaintiff's motion to amend the complaint (D.I. 9), and Defendants' motion to dismiss the amended complaint (D.I. 13),

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for authorization to participate in the CM/ECF system for this case (D.I. 3) is **DENIED** without prejudice to filing an amended motion for authorization to file electronically, upon a showing that Plaintiff has created a PACER account and fully reviewed the Court's *CM/ECF Administrative*

*Procedures Governing Filing and Service by Electronic Means* and all related topics on the Court's web site;

2.  Defendants' motion to dismiss the original complaint (D.I. 7) is **DENIED** as moot because Defendants stipulated to the Plaintiff's motion to amend the complaint on October 7, 2025 (*see* D.I. 11);

3.  Plaintiff's motion to amend the complaint (D.I. 9) is **GRANTED** as unopposed (*see* D.I. 11);

4.  The Clerk of Court is directed to **ENTER** the amended complaint (D.I. 9-3) as the operative pleading in this case on October 7, 2025; and

5.  Plaintiff shall respond to Defendants' motion to dismiss the amended complaint (D.I. 13) **on or before November 14, 2025**; and

6.  Defendants shall reply to Plaintiff's response to Defendants' motion to dismiss the amended complaint (D.I. 13) **on or before November 29, 2025**.

_____
Chief Judge